Form B 250A (12/09)

# United States Bankruptcy Court
# District Of Kansas

In re Martin Alan Boyd and Deborah Ann Boyd,  
        Debtor

State of Kansas Department of Labor  
        Plaintiff

v.

Deborah Ann Boyd  
        Defendant

Case No. 15-20171

Chapter 13

Adv. Proc. No. 15-

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Clerk of the United States Bankruptcy Court (Kansas City)  
161 U.S. Courthouse  
500 State Ave.  
Kansas City, KS. 66101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  Thomas Britt Nichols  
401 SW Topeka Boulevard  
Topeka, KS 66603

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

David Zimmerman   (Clerk of the Bankruptcy Court)

Date: 7/30/2015    By: Cindy A. Merrick   (Deputy Clerk)

# CERTIFICATE OF SERVICE

I, <u>Thomas Britt Nichols</u> (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

[✓] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Deborah Ann Boyd, 226 W 27th St, Eudora, KS 66025; Counsel for Debtor appearing in the Lead Bankruptcy matter Jonathan C Becker, 3120 Mesa Way Suite B, Lawrence, KS 66049-4203; Trustee William H Griffin, 5115 Roe Blvd Ste 200, Roeland Park, KS 66205-2393; service included copy of B104 Cover Sheet, Affidavit re military service status and Objection to Discharge etc. in the Lead Bankruptcy matter

[ ] Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of <u>Kansas</u>, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: Thomas Britt Nichols

Business Address: 401 SW Topeka Boulevard

Topeka, KS 66603